UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MATTHEW GIABA,

    Plaintiff,

vs.

NATIONAL ATTORNEY COLLECTION SERVICES, INC.,

    Defendant.

Case No.: 2:11-cv-4866-JAK-RZ

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

## VOLUNTARY DISMISSAL WITH PREJUDICE

Based upon Plaintiff's Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: NOV 2 3 2011

*/s/ John M.*
JOHN A. KRONSTADT

The Honorable Judge
United States District Judge

- 1 -